IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00686-REB-CBS

SUSAN DAWN MCMILLAN, an individual, and her husband
JAMES W. MCMILLAN, an individual,

      Plaintiffs,

v.

HARD ROCK CAFÉ INTERNATIONAL, STP, INC.
d/b/a HARD ROCK CAFE-DENVER,
a New York corporation doing business in Denver,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Order (*doc. no. 24*) is **GRANTED**. Defendant James McMillam is instructed to provide his counsel with the proper contact information so he can be reached, as needed, during the settlement conference.

**DATED:**    November 5, 2007