# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00686-REB-CBS

SUSAN DAWN MCMILLAN, an individual,
and her husband JAMES W. MCMILLAN, an individual,

      Plaintiffs,

v.

HARD ROCK CAFÉ INTERNATIONAL STP, INC.
d/b/a HARD ROCK CAFÉ-DENVER, a New York
Corporation doing business in Denver,

      Defendant.

## ORDER

      The parties participated in a telephonic discovery conference with the Court on October 31, 2007.

      Defendant in this matter has entered into certain settlement agreements regarding prior slip and fall incidents occurring at a particular location within Defendant's Denver, Colorado store.  Plaintiffs seek discovery regarding those incidents.  Defendant asserts that, due to confidentiality provisions which are part of those agreements, the parties to those agreements cannot discuss the facts and circumstances of the incidents, absent Court Order.

      The Court having reviewed the provisions of the confidentiality agreement in question, and having heard from the parties, orders as follows:

The information Plaintiffs seek are relevant to their claims herein. Therefore, the parties to the aforementioned settlement agreements are hereby released from the confidentiality provisions therein, solely to the extent the parties may discuss the facts and circumstances of the alleged incidents giving rise to those claims. All remaining provisions of the aforementioned confidentiality agreements remain in full force and effect.

DATED at Denver, Colorado, this 6th day of November, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge