**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00686-REB-CBS

SUSAN DAWN MCMILLAN, an individual, and her husband
JAMES W. MCMILLAN, an individual,

    Plaintiffs,

v.

HARD ROCK CAFÉ INTERNATIONAL, STP, INC. d/b/a HARD ROCK CAFE-DENVER, a New York corporation doing business in Denver,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#29], filed November 16, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#29], filed November 16, 2007, is **APPROVED**;

2.  That the Trial Preparation Conference set for June 16, 2008, is **VACATED**;

3.  That the jury trial set to commence July 7, 2008, is **VACATED**; and

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated November 19, 2007, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**